Form oscmlfee – oscmlfeev27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                        Case No.:  18–29090–JKS
                                        Chapter:  13
                                        Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Bishop D. Hamilton
   95 Ivy Street
   Newark, NJ 07106

Social Security No.:
   xxx–xx–9042

Employer's Tax I.D. No.:

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO MAKE INSTALLMENT PAYMENT(S) OR PAY MISCELLANEOUS FILING FEES

   The Court having noted that:

☐    An order directing the payment of filing fees in installments was entered in the above case, and that the payment due on in the amount of $ has not been received by the Clerk,

☑    The debtor filed a Missing Documents with added creditors to schedule E/F on 10/10/2018 that requires the payment of a fee in the amount of $ $31.00, and that the fee has not been received by the Clerk,

   It is hereby

   ORDERED that the fee in the amount indicated above must be received by the Clerk on or before 10/25/18 or the case will be dismissed.

   If you object to dismissal you may file a written objection or request for a hearing with the Clerk of the Bankruptcy Court at the address above. The objection or request must be received by the Clerk no later than 10/25/18.

   If you file a written request for a hearing, you or your attorney must appear at a hearing to be held before the Honorable John K. Sherwood on

Date: November 8, 2018
Time: 11:00 am
Location: Courtroom 3D
Address:   Martin Luther King, Jr . Federal Building
              50 Walnut Street
              3rd Floor
              Newark, NJ 07102

Dated: October 11, 2018
JAN: dlr

<u>John K. Sherwood</u>
United States Bankruptcy Judge