Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−29090−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Bishop D. Hamilton
   95 Ivy Street
   Newark, NJ 07106

Social Security No.:
   xxx−xx−9042

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 10/25/2018 and a confirmation hearing on such Plan has been scheduled for 12/13/2018 at 08:30.

The debtor filed a Modified Plan on 11/16/2018 and a confirmation hearing on the Modified Plan is scheduled for 1/10/2019 at 08:30 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: November 19, 2018
JAN: dlr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 18-29090-JKS
Bishop D. Hamilton                                                                  Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 2           Date Rcvd: Nov 19, 2018
                            Form ID: 186             Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2018.
```
db             +Bishop D. Hamilton,    95 Ivy Street,    Newark, NJ 07106-2901
cr             +DITECH FINANCIAL LLC,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
cr             +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
517877305     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,    Attn:Bankruptcy,    PO Box 982238,
                 El Paso, TX 79998)
517877312      +Bank of America,    c/o Phelan Hallinan Diamond & Jones PC,    400 Fellowship Road,
                 Mount Laurel, NJ 08054-3437
517776966       Bank of America,    PO Box 31785,    Tampa, FL 33631-3785
517808822       Bob's Furniture,    Wells Fargo,    PO Box 71118,    Charlotte, NC 28272-1118
517808824      +Central Credit Services LLC,    9550 Regency Sq Blvd.,    Jacksonville, FL 32225-8169
517859728      +Chase Card Services,    PO Box 15298,    Wilmington, DE 19850-5298
517859729      +Chrysler Financial/TD Auto,    PO Box 9223,    Farmington Hills, MI 48333-9223
517859730      +CitiFinancial,    605 Munn Road,    Fort Mill, SC 29715-8421
517859727      +City of Newark,    920 Broad Street,    Newark, NJ 07102-2660
517859732      +East Orange Gen Hospital,    300 Central Avenue,    East Orange, NJ 07018-2897
517859734      +First Premier Bank,    PO Box 5524,    Sioux Falls, SD 57117-5524
517808821      +First Premier Bank,    PO Box 5529,    Sioux Falls. SD 57117-5529
517859736      +PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444
517854271       Pendrick Capital Partners, LLC,    PO BOX 141419,    IRVING, TX  75014-1419
517808826      +Sequirm Asset Solutions, LLc,    1130 North Chase Parkway,    Suite 150,
                 Marietta, GA 30067-6429
517808825      +State Farm Home Owners Policy,    100 State Farm Place,    Ballston Spa, NY 12020-3722
517872527       THE BANK OF NEW YORK MELLON FKA THE BANK,    Bank of America,    PO BOX 31785,
                 Tampa FL 33631-3785
517808823       Vivint Smart Home,    62992 Collection Center Dr,    Chicago, I: 60693-0629
517859739      +Wells Fargo/Bob's Discount Furniture,    PO Box 10438,    Des Moines, IA 50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 20 2018 01:14:01      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 20 2018 01:13:58      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517859731      +E-mail/Text: mrdiscen@discover.com Nov 20 2018 01:13:04      Discover Financial,    PO Box 3025,
                 New Albany, OH 43054-3025
517776967       E-mail/Text: bankruptcy.bnc@ditech.com Nov 20 2018 01:13:29      Ditech Financial LLC,
                 PO Box 6172,    Rapid City, SD 57709-6172
517859733      +E-mail/Text: bnc-bluestem@quantum3group.com Nov 20 2018 01:14:37      Fingerhut,    PO Box 1250,
                 Saint Cloud, MN 56395-1250
517859735      +E-mail/Text: bcwrtoff@cablevision.com Nov 20 2018 01:14:49      Optimum,    1111 Stewart Avenue,
                 Bethpage, NY 11714-3533
517846797      +E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 20 2018 01:14:15      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
517859737       E-mail/Text: bankruptcy@td.com Nov 20 2018 01:14:03      TD Bank,    PO Box 1190,
                 Lewiston, ME 04246
517859738      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 20 2018 01:12:59
                 Verizon Wireless,    500 Technology Drive,    Suite 550,    Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 9
```

     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
517877311*     +Ditech Financial LLC,    PO Box 6172,    Rapid City, SD 57709-6172
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Nov 19, 2018
                              Form ID: 186             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 19, 2018 at the address(es) listed below:
              Craig Scott Keiser    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
               AS SUCCESOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK ET.AL. craig.keiser@phelanhallinan.com
              Kevin Gordon McDonald    on behalf of Creditor    Ditech Financial LLC kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Mark  Gertner    on behalf of Debtor Bishop D. Hamilton mark@gertnerlaw.com,
               gconley@gertnerlaw.com
              Nicholas V. Rogers    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
               AS SUCCESOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK ET.AL. nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
              Sherri Jennifer Smith    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```