Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  18–29090–JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Bishop D. Hamilton
aka Darryl B Hamilton
95 Ivy Street
Newark, NJ 07106

Social Security No.:
xxx–xx–9042

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on and a confirmation hearing on such Plan has been scheduled for .

The debtor filed a Modified Plan on 12/20/2018 and a confirmation hearing on the Modified Plan is scheduled for 1/24/2019 at 08:30 AM. Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3.    The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

A full copy of the modified Plan will follow this notice.

Dated: December 21, 2018
JAN: dlr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-29090-JKS
Bishop D. Hamilton                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin            Page 1 of 2            Date Rcvd: Dec 21, 2018
                             Form ID: 186            Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2018.
db            +Bishop D. Hamilton,    95 Ivy Street,    Newark, NJ 07106-2901
cr            +DITECH FINANCIAL LLC,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
               Mt. Laurel, NJ 08054-3437
cr            +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    Phelan Hallinan & Schmieg, PC,
               400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
517877305    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    Attn:Bankruptcy,    PO Box 982238,
               El Paso, TX 79998)
517877312     +Bank of America,    c/o Phelan Hallinan Diamond & Jones PC,    400 Fellowship Road,
               Mount Laurel, NJ 08054-3437
517776966      Bank of America,    PO Box 31785,    Tampa, FL 33631-3785
517808822      Bob's Furniture,    Wells Fargo,    PO Box 71118,    Charlotte, NC 28272-1118
517808824     +Central Credit Services LLC,    9550 Regency Sq Blvd.,    Jacksonville, FL 32225-8169
517859728     +Chase Card Services,    PO Box 15298,    Wilmington, DE 19850-5298
517859729     +Chrysler Financial/TD Auto,    PO Box 9223,    Farmington Hills, MI 48333-9223
517859730     +CitiFinancial,    605 Munn Road,    Fort Mill, SC 29715-8421
517859727     +City of Newark,    920 Broad Street,    Newark, NJ 07102-2660
517859732     +East Orange Gen Hospital,    300 Central Avennue,    East Orange, NJ 07018-2897
517859734     +First Premier Bank,    PO Box 5524,    Sioux Falls, SD 57117-5524
517808821     +First Premier Bank,    PO Box 5529,    Sioux Falls. SD 57117-5529
517859736     +PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444
517854271      Pendrick Capital Partners, LLC,    PO BOX 141419,    IRVING, TX  75014-1419
517808826     +Sequirm Asset Solutions, LLc,    1130 North Chase Parkway,    Suite 150,
               Marietta, GA 30067-6429
517808825     +State Farm Home Owners Policy,    100 State Farm Place,    Ballston Spa, NY 12020-3722
517872527      THE BANK OF NEW YORK MELLON FKA THE BANK,    Bank of America,    PO BOX 31785,
               Tampa FL 33631-3785
517808823      Vivint Smart Home,    62992 Collection Center Dr,    Chicago, I: 60693-0629
517880567      Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA  50306-0438
517859739     +Wells Fargo/Bob's Discount Furniture,    PO Box 10438,    Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 21 2018 23:51:56     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 21 2018 23:51:54      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517859731     +E-mail/Text: mrdiscen@discover.com Dec 21 2018 23:51:29     Discover Financial,    PO Box 3025,
               New Albany, OH 43054-3025
517776967      E-mail/Text: bankruptcy.bnc@ditech.com Dec 21 2018 23:51:43      Ditech Financial LLC,
               PO Box 6172,    Rapid City, SD 57709-6172
517905521      E-mail/Text: bankruptcy.bnc@ditech.com Dec 21 2018 23:51:43      Ditech Financial LLC,
               P.O. Box 6154,    Rapid City, SD 57709-6154
517859733     +E-mail/Text: bnc-bluestem@quantum3group.com Dec 21 2018 23:52:12      Fingerhut,    PO Box 1250,
               Saint Cloud, MN 56395-1250
517859735     +E-mail/Text: bcwrtoff@cablevision.com Dec 21 2018 23:52:19      Optimum,    1111 Stewart Avenue,
               Bethpage, NY 11714-3533
517846797     +E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 21 2018 23:52:02      Premier Bankcard, Llc,
               Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
517859737      E-mail/Text: bankruptcy@td.com Dec 21 2018 23:51:56     TD Bank,    PO Box 1190,
               Lewiston, ME 04246
517859738     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 21 2018 23:51:27
               Verizon Wireless,    500 Technology Drive,    Suite 550,    Weldon Spring, MO 63304-2225
                                                                                          TOTAL: 10

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517877311*    +Ditech Financial LLC,    PO Box 6172,    Rapid City, SD 57709-6172
                                                                     TOTALS: 0, * 1, ## 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2          User: admin          Page 2 of 2          Date Rcvd: Dec 21, 2018
                              Form ID: 186          Total Noticed: 33
```

```
          ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2018                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2018 at the address(es) listed below:
          Craig Scott Keiser    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
           AS SUCCESOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK ET.AL. craig.keiser@phelanhallinan.com
          Kevin Gordon McDonald    on behalf of Creditor    Ditech Financial LLC kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Mark  Gertner    on behalf of Debtor Bishop D. Hamilton mark@gertnerlaw.com,
           gconley@gertnerlaw.com
          Nicholas V. Rogers    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
           AS SUCCESOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK ET.AL. nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
          Sherri Jennifer Smith    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com,
           nj.bkecf@fedphe.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                          TOTAL: 8
```