Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  18–29090–JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Bishop D. Hamilton
  aka Darryl B Hamilton
  95 Ivy Street
  Newark, NJ 07106

Social Security No.:
  xxx–xx–9042

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 1/24/19 at 10:00 AM

to consider and act upon the following:

**56** – Motion to Approve Loan Modification with Bank of America Filed by Mark Gertner on behalf of Bishop D. Hamilton. Objection deadline is 12/26/2018. (Attachments: # 1 Certification # 2 Proposed Order) (Gertner, Mark)

Dated: 1/4/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court