UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Mark Gertner, Esq. (mg2435)
Mark Gertner, P.C.
76 South Orange Avenue
Suite 104
South Orange, NJ 07079
9737634446
Attorney for Debtor

Order Filed on March 10, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Bishop D. Hamilton

Case No.: 18-29090

Chapter: 13

Judge: JKS

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: March 10, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Mark Gertner _____, the applicant, is allowed a fee of $ _____ 500.00 _____ for services rendered and expenses in the amount of $ _____ 40.00 _____ for a total of $ _____ 540.00 _____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $ _____ 610.20 _____ per month for _____ 53 _____ months to allow for payment of the above fee.

rev. 8/1/15